ORIGINAL


**FILED**

08/30/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0284

## IN THE SUPREME COURT OF THE STATE OF MONTANA

### DA 22-0284

IN RE THE ESTATE OF ELDA MARBLE,

JERRY MARBLE, Personal Representative,
for the Estate of Elda Marble,

        Plaintiff and Appellee,

  v.

DOREEN KING and JAMES D. KING,
a/k/a JIM KING,

        Defendants and Appellants.

FILED

AUG 3 0 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

**O R D E R**

This cause is presently on appeal to this Court. Appellants Doreen King and James D. King, by counsel, have provided notice that they have filed for relief under Chapter 13 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Montana, Case No. 4:22-bk-40056-BPH. Pursuant to 11 U.S.C. § 362,

IT IS ORDERED that all further proceedings in this appeal are stayed pending termination of the bankruptcy proceedings or an order of the Bankruptcy Court lifting the automatic stay provided for under the Bankruptcy Code.

IT IS FURTHER ORDERED that the parties in this appeal shall promptly notify this Court at such time as there is a termination of the bankruptcy proceeding or an order of the Bankruptcy Court lifting the stay provided for under the Bankruptcy Code.

The Clerk is directed to provide copies of this Order to all counsel of record.

DATED this 30 day of August, 2022.

For the Court,

_____
Chief Justice